**FILED**

MAR 19 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 24-40007-SMY |
| ) | |
| DALEON J. FONTENNET, ) | Title 18 United States Code |
| and MCKINDLEY V. ALLEN, ) | Sections 2118(b) and (d) |
| Defendants. ) | Title 21 United States Code |
| ) | Sections 841(a)(1); 841(b)(1)(C); and 846. |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
### CONSPIRACY TO COMMIT BURGLARY INVOLVING CONTROLLED SUBSTANCES

Beginning on or about September 5, 2023, and continuing until January 24, 2024, in Jackson and Clark County, within the Southern District of Illinois, and in Texas, Missouri, and elsewhere,

**DALEON J. FONTENNET and
MCKINDLEY V. ALLEN,**

defendants herein, agreed and conspired with each other, and with persons known and unknown to the grand jury, to knowingly and intentionally enter without authority the business premises or property, to wit: pharmacies, of persons or entities registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act (21 U.S.C. §822) with the intent to steal any material or compound containing any quantity of a controlled substance, and in the course of this conspiracy, the Defendants traveled in interstate commerce to facilitate such unlawful entry into pharmacies in Illinois and elsewhere.

The Defendants committed the following overt acts in furtherance of the conspiracy described herein:

1. On or about September 6, 2023, **DALEON J. FONTENNET** and others traveled in interstate commerce for the purpose of unlawfully entering a pharmacy, and thereafter entered the Shawnee Health Center Pharmacy in Murphysboro, Illinois, with the intent to steal any material or compound containing any quantity of a controlled substance;

2. On or about December 5, 2023, **DALEON J. FONTENNET, MCKINDLEY V. ALLEN,** and others traveled in interstate commerce for the purpose of unlawfully entering a pharmacy, and thereafter entered the Pharmacie Shoppe in Casey, Illinois, with the intent to steal any material or compound containing any quantity of a controlled substance;

3. On or about January 24, 2024, **DALEON J. FONTENNET, MCKINDLEY V. ALLEN,** and others traveled in interstate commerce for the purpose of unlawfully entering a pharmacy, and thereafter entered the East Side Discount Pharmacy in Poplar Bluff, Missouri, with the intent to steal any material or compound containing any quantity of a controlled substance;

all in violation of Title 18, United States Code, Sections 2118(b) and (d).

## COUNT 2
### CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES

Beginning on or about September 5, 2023, and continuing until January 24, 2024, in Jackson and Clark County, within the Southern District of Illinois, and in Texas, Missouri, and elsewhere,

**DALEON J. FONTENNET and**

MCKINDLEY V. ALLEN,

defendants herein, did conspire and agree together and with others, known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute and to distribute oxycodone, a Schedule II Controlled Substance; hydrocodone, a Schedule II Controlled Substance; and morphine sulfate, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); all in violation of Title 21, United States Code, Section 846.

### COUNT 3
### ATTEMPTED BURGLARY INVOLVING CONTROLLED SUBSTANCES

On or about December 5, 2023, in Clark County, within the Southern District of Illinois,

**DALEON J. FONTENNET and**
**MCKINDLEY V. ALLEN,**

defendants herein, entered without authority the business premises or property, to wit: Pharmacie Shoppe, of a person or entity registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act (21 U.S.C. §822) with the intent to steal any material or compound containing any quantity of controlled substance, and the Defendants traveled in interstate commerce to facilitate such entry, all in violation of Title 18, United States Code, Section 2118(b).

JENNIFER HUDSON
Assistant United States Attorney

RACHELLE AUD CROWE
United States Attorney

Recommended Bond:  Detention